UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLI DAVIS,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 2:26-cv-03348-GMN-DJA

ORDER CLOSING CASE AS INADVERTENTLY OPENED

## I. DISCUSSION

On October 13, 2026, Plaintiff Willi Davis initiated this case as a motion for appointment of counsel. ECF No. 1-1. Plaintiff's motion states that counsel withdrew from his case due to a conflict of interest, and he is asking that new counsel be appointed. *Id.* at 7. Plaintiff also refers to himself as a petitioner, and he states that "this is a first-degree murder case." *Id.* at 4. Plaintiff wrote a state court case number on the first page of his motion. *Id.* at 1.

The Court takes judicial notice that Plaintiff has a pending action for a writ of habeas corpus. *See* Case No. 2:25-cv-02602-RFB-BNW. In that habeas corpus action, Plaintiff was appointed counsel, and his counsel recently filed a withdrawal notice stating that there was a conflict of interest with counsel's representation of Plaintiff. *Id.* at 16. The state court case number that Plaintiff wrote on his motion for appointment of counsel matches the case number of Plaintiff's state court indictment included in the exhibits of his petition for a writ of habeas corpus. *Id.* at 14-1.

Thus, it seems that Plaintiff intended to file his motion for appointment of counsel in Case No. 2:25-cv-02602-RFB-BNW. However, because Plaintiff did not include the case number on his motion, the Clerk's Office filed his motion in a new case. As such, it appears that Plaintiff did not intend to open this case, and the Court will dismiss the case as inadvertently opened. If Plaintiff disagrees that this case was inadvertently opened, he may file a motion for reconsideration.

The Court notes for Plaintiff's benefit that must include a case number whenever he files documents with the Court. If he wants to file a motion or other document in Case No. 2:25-cv-02602-RFB-BNW, he must write that case number on the document. If he fails to write a case number on his filings, the filings may again be filed in an inadvertently opened case.

## II. CONCLUSION

For the foregoing reasons, it is Ordered that Clerk of the Court is kindly requested to close this case as inadvertently opened.

It is further Ordered that Plaintiff's motion for appointment of counsel (ECF No. 1-1) is denied because it is not intended for this case. The Clerk of the Court is kindly requested to send Plaintiff a courtesy copy of his motion for appointment of counsel.

It is further Ordered that if Plaintiff disagrees that this case was inadvertently opened, he may file a motion for reconsideration within 30 days of the date of this order.

DATED THIS 16 day of October 2026.

Gloria M. Navarro, Judge
United States District Court